IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PAUL EZRA RHOADES, | ) | |
| | ) | Case No. CV 93-0155-S-EJL |
| Petitioner, | ) | (Bingham County) |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| A.J. ARAVE, Warden, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Before the Court in this capital habeas matter is Petitioner's motion to stay this case

pending completion of state post-conviction proceedings or pending completion of state court

litigation regarding DNA testing.  Petitioner supports his request with an affidavit from Dr.

Greg Hampikian, Ph.D., in which Dr. Hampikian concludes that serological testing

conducting by the Federal Bureau of Investigation in 1987 excluded Petitioner as the

contributor of the semen that was retrieved from the victim in Petitioner's Bonneville County

capital case.  Respondent objects to staying this case.

Petitioner's request will be denied.  The DNA litigation has been pending in state

court for over three years, and Petitioner has not indicated precisely when, or if, any evidence

will be tested.  Though the Court recognizes that the state court matters, and this matter, were

recently stayed pending resolution of issues related to *Ring v. Arizona*, 536 U.S. 584 (2002),

Petitioner was allowed to proceed in state court with depositions in the DNA litigation, yet

he did not do so until March 2005.  The Court is also concerned with Petitioner's apparent

**ORDER - 1**

delay in submitting the FBI report to his expert.

Accordingly, the Court has considered the concerns of comity, federalism, and judicial efficiency, and has concluded that a stay is not warranted. *See Rhines v. Weber*, 125 S.Ct. 1528 (2005) (a court generally has the discretion to issue a stay in a habeas case). In the event that Petitioner can show significant development in his state court DNA litigation, such as favorable DNA test results, or he develops additional evidence of his actual innocence in this case, the Court may revisit the matter at that time.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Motion to Stay (Docket No. 306) is DENIED.



DATED: **December 29, 2005**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 2**