IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL EZRA RHOADES, ) | |
| ) | Case No. CV 93-0155-S-EJL |
| Petitioner, ) | (Bingham County) |
| ) | |
| v. ) | **CAPITAL CASE** |
| ) | |
| A.J. ARAVE, Warden, ) | **JUDGMENT** |
| ) | |
| Respondent. ) | |
| _____ ) | |

Based upon the Court's Memorandum Decision and Order filed herewith, and based upon the Court's Memorandum Decision and Order Regarding Procedural Default, filed on April 10, 1997 (Docket No. 149), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims have been resolved in this matter, relief shall be denied to the Petitioner, and this cause of action shall be DISMISSED with prejudice.

DATED: **May 24, 2007**

Honorable Edward J. Lodge
U. S. District Judge